Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LALA SLOATMAN, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> YZ COMMERCE LLC, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. 2:17-cv-02784-RGK-JEM <br><br> **NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE INDIVIDUAL AND WITHOUT PREJUDICE TO THE PUTATIVE CLASS** |

NOW COMES THE PLAINTIFF by and through her attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to her individual claims and without prejudice as to the Putative Class Claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No Defendant has filed either an answer or a motion for summary judgment at this time, and no Court order is necessary pursuant to the Fed. R. Civ. P. Regardless, Plaintiff has enclosed a Proposed Order for Court Approval.

Respectfully submitted this 30th Day of June, 2017,

By: s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN
Attorney for Plaintiff

Filed electronically on this 30th Day of June, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable John F. Walters
United States District Court
Central District of California

And all Counsel of Record on ECF.

This 30th Day of June, 2017.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN