JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALA SLOATMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>YZ COMMERCE LLC, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:17-cv-02784-RGK-JEM<br><br>[~~PROPOSED~~] ORDER |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the Putative Class claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated this 6th day of July, 2017.

*/s/ Gary Klausner*
_____
The Honorable R. Gary Klausner

Order to Dismiss - 1